423 A.2d 1329

Coulter v. Socko, Appellant.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

628

Submitted April 12, 1979. Paul D. Shafer, Jr., for appellant; David P. Truax, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.